In the Matter of Proving the Last Will and Testament of REUBEN M. ISAACS, Deceased. DANA ZEHREN and Another, Appellants; HARRY M. MARKS and Another, as Executors, etc., of REUBEN M. ISAACS, Deceased, Respondents.— Order of the Surrogate's Court of Queens county denying petition of two sisters of the decedent to withdraw their waivers and consents to the probate of decedent's will unanimously affirmed, with costs payable by the appellants personally. No

opinion. Present — Young, Hagarty, Carswell, Scudder and Johnston, JJ. [154 Misc. 601.]